**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6779

JACK FERRANTI,

                    Petitioner – Appellant,

          v.

KENNY ATKINSON, Warden,

                    Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  Timothy M. Cain, District Judge.
(5:13-cv-03471-TMC)

Submitted:  October 20, 2014          Decided:  October 31, 2014

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jack Ferranti, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jack Ferranti, a federal prisoner, appeals the district court's orders: accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition; and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ferranti v. Atkinson, No. 5:13-cv-03471-TMC (D.S.C. Feb. 6 & May 5, 2014). We deny the motion for a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED